**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ANADARKO PETROLEUM CORPORATION,** | * | |
| **Plaintiff,** | * | |
| | * | **Civil Action No. 4:24-cv-01027** |
| **VERSUS** | * | |
| | * | |
| **ALTERNATIVE ENVIRONMENTAL SOLUTIONS, INC.,** | * | |
| | * | |
| **Defendant** | * | |

**JOINT NOTICE OF RESOLUTION**

TO THE HONORABLE COURT:

Plaintiff, Anadarko Petroleum Corporation and Defendant, Alternative Environmental Solutions, Inc. advise the Court that the parties have finalized terms and commenced the process of executing documents which terminate their dispute. The parties will file a Motion to Dismiss with Prejudice by June 10, 2026.

Respectfully Submitted,

By: **LISKOW & LEWIS**

/s/ Laura Brown
R. Keith Jarrett (La. Bar No. 16984)
(Attorney-in Charge)
(Admitted pro hac vice)
rkjarrett@liskow.com
Laura Springer Brown (La. Bar No. 34772)
(Admitted pro hac vice)
lespringer@liskow.com
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Michael P. Cash
Texas State Bar No. 03965500
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2900
Facsimile: (713) 651-2908
Email: mcash@liskow.com

***Counsel for Plaintiff Anadarko Petroleum Corporation***

_/s/ Joseph R. Ward, Jr._
Joseph R. Ward, Jr.
jward@wardandcondrey.com
438 S. New Hampshire St.
Covington, Louisiana 70433

Paul K. Nesbitt
pnesbitt@ksklawyers.com
5858 Westheimer Rd., Suite 688
Houston, Texas 77057

***Counsel for Defendant Alternative Environmental Solutions, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been filed using the ECF filing system and was served using ECF to the following counsel of record, on June 3, 2026:

Joseph R. Ward, Jr.
jward@wardandcondrey.com
438 S. New Hampshire St.
Covington, Louisiana 70433

Paul K. Nesbitt
pnesbitt@ksklawyers.com
5858 Westheimer Rd., Suite 688
Houston, Texas 77057

*Counsel for Defendant*

/s/ Laura Brown

-2-